7/30/2015 3:44 PM DJ

6th District Court

Case No. 26186

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/6/2015 3:03:28 PM
DEBBIE AUTREY
Clerk

Shawntel Golden

District Clerk

119 N Main

Paris, TX. 75460

**NOTICE OF APPEAL**

Adeli Medina Carranza

 PO BOX 153221

Irving, TX. 75015

Appellant


NOTICE IS GIVEN that ADELI MEDINA CARRANZA hereby Appeals from the


SENTENCE/DECISION for the following cases:

Case No. 26186

Entered herein on 07/08/2015

By the Honorable BILL HARRIS

ADELI MEDINA CARRANZA desires to appeal all portions of the judgment. This appeal is being taken to the Shawntel Golden, District Clerk, in Paris, Texas.


This notice of appeal is being filed by Adeli Medina Carranza.


Respectfully submitted,

*7-26-15  β Houston  711*


Adeli Medina Carranza

*A. Medina*
*7/26/15*

